UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JACQUELINE FERNANDEZ, *on behalf of herself and* :
*all others similarly situated*, :
:
Plaintiff, :  24-CV-9219 (JMF)
:
-v- :  ORDER
:
LLARDO USA, INC., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

     SO ORDERED.

Dated: December 5, 2024                   _____
      New York, New York                 JESSE M. FURMAN
                                                      United States District Judge