UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JACQUELINE FERNANDEZ, *On behalf of herself and*   :
*all others similarly situated*,                   :
:
:
Plaintiff,                   :   24-CV-9219 (JMF)
:
-v-                            :   ORDER
:
LLARDO USA, INC.,                                  :
:
Defendant.                   :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Defendant was required to file its answer by March 25, 2025, *see* ECF No. 7, but has not done so to date. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 3, 2025**. If Defendant fails to answer by that deadline, the Court will invite Plaintiff to move for default judgment.

    SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                         JESSE M. FURMAN
                                      United States District Judge